UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:09CV00826 CDP |
| | ) |
| MAXIM MAGAZINE, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 4th day of June, 2009.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE